IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
JORDAN MENDOZA GUEVARA,          )
                                 )
          Petitioner,            )
                                 )
     v.                          )    1:24-cv-713
                                 )
MICHAEL PARSONS, and             )
JOSHUA H. STEIN, Attorney        )
General of the State of          )
North Carolina,                  )
                                 )
          Respondents.           )
```

### ORDER

On November 26, 2025, the United States Magistrate Judge's Memorandum Opinion and Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 17, 18.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 17), is **ADOPTED. IT IS FURTHER ORDERED** that Respondent's Motion to Dismiss, (Doc. 12), is **GRANTED,** the Petition, (Doc. 2), is **DISMISSED,** and this action is hereby **DISMISSED.**

The court further finds there is no substantial showing of the denial of a constitutional right affecting the conviction nor a debatable procedural ruling, therefore a certificate of appealability is not issued.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 2nd day of January, 2026.

/s/ William L. Osteen, Jr.
United States District Judge